

**Rapid Capital & Trust**

RELIABLE FINANCING. SIMPLIFIED.

# LINES OF CREDIT
## PRE-APPROVED $25,000 TO $500,000+
*No Collateral or Personal Credit Required*

✓ **Get a Quote Within Minutes**
✓ **Approvals in Hours**
✓ **Funds Deposited Same Day**

WE BEAT ANY OFFER <u>GUARANTEED</u>

- 3 to 60 Month Payback Period Options
- Interest Rates Starting at 5.99%
- Monthly Payments
- Approval Range of $25,000 - $500,000 +
- No Restrictions on Use of Funds

For a <u>Free</u> Quote, please fill out the form below and FAX back to: **(888) 502-0728**

**Company Name**

**Contact Name**

**Industry**

**Years in Business**

**Amount Requested**
$

**Monthly Bank Deposits**
$

**Company Phone**

**Mobile Phone**

**E-mail Address**

**Best Time to Call**

## OUR RECENTLY FUNDED MEDICAL LOANS

| Dental Office<br>Bryan, TX | Pharmacist<br>San Diego, CA | Home Health<br>Nampa, ID | Optometrist<br>Kissimmee, FL |
|---|---|---|---|
| $300,000 at 5%<br>over 60 Months | $165,000 at 6%<br>over 45 Months | $110,000 at 8%<br>over 32 Months | $65,000 at 9%<br>over 12 Months |
| Use: Cash Flow | Use: Payroll | Use: Refinance | Use: Equipment |

THIS LETTER IS TO FOLLOW UP WITH MEDICAL PROFESSIONALS WHO ARE IN OUR NETWORK PROGRAM.
TO UNSUBSCRIBE, PLEASE VISIT WWW.UNSUBSCRIBEMYNUMBER.COM



**Rapid Capital & Trust**
RELIABLE FINANCING. SIMPLIFIED.

# LINES OF CREDIT
## PRE-APPROVED $25,000 TO $500,000+
*No Collateral or Personal Credit Required*

- ✓ Get a Quote Within Minutes
- ✓ Approvals in Hours
- ✓ Funds Deposited Same Day

WE BEAT ANY OFFER <u>GUARANTEED</u>

- 3 to 60 Month Payback Period Options
- Interest Rates Starting at 5.99%
- Monthly Payments
- Approval Range of $25,000 - $500,000 +
- No Restrictions on Use of Funds

For a <u>Free</u> Quote, please fill out the form below and FAX back to: **(888) 502-0728**

**Company Name**
[                    ]

**Contact Name**
[                    ]

**Industry**
[                    ]

**Years in Business**
[                    ]

**Amount Requested**
[ $                  ]

**Monthly Bank Deposits**
[ $                  ]

**Company Phone**
[                    ]

**Mobile Phone**
[                    ]

**E-mail Address**
[                    ]

**Best Time to Call**
[          ]

## OUR RECENTLY FUNDED MEDICAL LOANS

| Dental Office<br>Bryan, TX | Pharmacist<br>San Diego, CA | Home Health<br>Nampa, ID | Optometrist<br>Kissimmee, FL |
|---|---|---|---|
| $300,000 at 5%<br>over 60 Months<br>Use: Cash Flow | $165,000 at 6%<br>over 45 Months<br>Use: Payroll | $110,000 at 8%<br>over 32 Months<br>Use: Refinance | $65,000 at 9%<br>over 12 Months<br>Use: Equipment |

THIS LETTER IS TO FOLLOW UP WITH MEDICAL PROFESSIONALS WHO ARE IN OUR NETWORK PROGRAM.
TO UNSUBSCRIBE, PLEASE VISIT WWW.UNSUBSCRIBEMYNUMBER.COM



# LINES OF CREDIT
## PRE-APPROVED $25,000 TO $500,000+
*No Collateral or Personal Credit Required*

- ✓ Get a Quote Within Minutes
- ✓ Approvals in Hours
- ✓ Funds Deposited Same Day

WE BEAT ANY OFFER <u>GUARANTEED</u>

- 3 to 60 Month Payback Period Options
- Interest Rates Starting at 5.99%
- Monthly Payments
- Approval Range of $25,000 - $500,000 +
- No Restrictions on Use of Funds

For a <u>Free</u> Quote, please fill out the form below and FAX back to: **(888) 502-0728**

**Company Name**

**Contact Name**

**Industry**

**Years in Business**

**Amount Requested**
$

**Monthly Bank Deposits**
$

**Company Phone**

**Mobile Phone**

**E-mail Address**

**Best Time to Call**

## OUR RECENTLY FUNDED MEDICAL LOANS

**Dental Office**
Bryan, TX
$300,000 at 5%
over 60 Months
Use: Cash Flow

**Pharmacist**
San Diego, CA
$165,000 at 6%
over 45 Months
Use: Payroll

**Home Health**
Nampa, ID
$110,000 at 8%
over 32 Months
Use: Refinance

**Optometrist**
Kissimmee, FL
$65,000 at 9%
over 12 Months
Use: Equipment

THIS LETTER IS TO FOLLOW UP WITH MEDICAL PROFESSIONALS WHO ARE IN OUR NETWORK PROGRAM.
TO UNSUBSCRIBE, PLEASE VISIT WWW.UNSUBSCRIBEMYNUMBER.COM



**Rapid Capital & Trust**

RELIABLE FINANCING. SIMPLIFIED.

# LINES OF CREDIT
## PRE-APPROVED $25,000 TO $500,000+
*No Collateral or Personal Credit Required*

- ✓ Get a Quote Within Minutes
- ✓ Approvals in Hours
- ✓ Funds Deposited Same Day

WE BEAT ANY OFFER <u>GUARANTEED</u>

- 3 to 60 Month Payback Period Options
- Interest Rates Starting at 5.99%
- Monthly Payments
- Approval Range of $25,000 - $500,000 +
- No Restrictions on Use of Funds

For a <u>Free</u> Quote, please fill out the form below and FAX back to: **(888) 502-0728**

**Company Name**

**Contact Name**

**Industry**

**Years in Business**

**Amount Requested**
$

**Monthly Bank Deposits**
$

**Company Phone**

**Mobile Phone**

**E-mail Address**

**Best Time to Call**

## OUR RECENTLY FUNDED MEDICAL LOANS

| Dental Office<br>Bryan, TX | Pharmacist<br>San Diego, CA | Home Health<br>Nampa, ID | Optometrist<br>Kissimmee, FL |
|---|---|---|---|
| $300,000 at 5%<br>over 60 Months | $165,000 at 6%<br>over 45 Months | $110,000 at 8%<br>over 32 Months | $65,000 at 9%<br>over 12 Months |
| Use: Cash Flow | Use: Payroll | Use: Refinance | Use: Equipment |

THIS LETTER IS TO FOLLOW UP WITH MEDICAL PROFESSIONALS WHO ARE IN OUR NETWORK PROGRAM.
TO UNSUBSCRIBE, PLEASE VISIT WWW.UNSUBSCRIBEMYNUMBER.COM



**Rapid Capital & Trust**
RELIABLE FINANCING. SIMPLIFIED.

# LINES OF CREDIT
## PRE-APPROVED $25,000 TO $500,000+
*No Collateral or Personal Credit Required*

☑ **Get a Quote Within Minutes**
☑ **Approvals in Hours**
☑ **Funds Deposited Same Day**
WE BEAT ANY OFFER <u>GUARANTEED</u>

- 3 to 60 Month Payback Period Options
- Interest Rates Starting at 5.99%
- Monthly Payments
- Approval Range of $25,000 - $500,000 +
- No Restrictions on Use of Funds

For a <u>Free</u> Quote, please fill out the form below and FAX back to: **(888) 502-0728**

**Company Name**

**Contact Name**

**Industry**

**Years in Business**

**Amount Requested**
$

**Monthly Bank Deposits**
$

**Company Phone**

**Mobile Phone**

**E-mail Address**

**Best Time to Call**

## OUR RECENTLY FUNDED MEDICAL LOANS

**Dental Office**
Bryan, TX
$300,000 at 5%
over 60 Months
Use: Cash Flow

**Pharmacist**
San Diego, CA
$165,000 at 6%
over 45 Months
Use: Payroll

**Home Health**
Nampa, ID
$110,000 at 8%
over 32 Months
Use: Refinance

**Optometrist**
Kissimmee, FL
$65,000 at 9%
over 12 Months
Use: Equipment

THIS LETTER IS TO FOLLOW UP WITH MEDICAL PROFESSIONALS WHO ARE IN OUR NETWORK PROGRAM.
TO UNSUBSCRIBE, PLEASE VISIT WWW.UNSUBSCRIBEMYNUMBER.COM



**Rapid Capital & Trust**
RELIABLE FINANCING. SIMPLIFIED.

# LINES OF CREDIT
## PRE-APPROVED $25,000 TO $500,000+
*No Collateral or Personal Credit Required*

- ✓ Get a Quote Within Minutes
- ✓ Approvals in Hours
- ✓ Funds Deposited Same Day

WE BEAT ANY OFFER <u>GUARANTEED</u>

- 3 to 60 Month Payback Period Options
- Interest Rates Starting at 5.99%
- Monthly Payments
- Approval Range of $25,000 - $500,000 +
- No Restrictions on Use of Funds

---

For a <u>Free</u> Quote, please fill out the form below and FAX back to: **(888) 502-0728**

---

**Company Name**
[                    ]

**Contact Name**
[                    ]

**Industry**
[                    ]

**Years in Business**
[                    ]

**Amount Requested**
[ $                  ]

**Monthly Bank Deposits**
[ $                  ]

**Company Phone**
[                    ]

**Mobile Phone**
[                    ]

**E-mail Address**
[                    ]

**Best Time to Call**
[          ]

## OUR RECENTLY FUNDED MEDICAL LOANS

| Dental Office Bryan, TX | Pharmacist San Diego, CA | Home Health Nampa, ID | Optometrist Kissimmee, FL |
|---|---|---|---|
| $300,000 at 5% over 60 Months | $165,000 at 6% over 45 Months | $110,000 at 8% over 32 Months | $65,000 at 9% over 12 Months |
| Use: Cash Flow | Use: Payroll | Use: Refinance | Use: Equipment |

THIS LETTER IS TO FOLLOW UP WITH MEDICAL PROFESSIONALS WHO ARE IN OUR NETWORK PROGRAM.
TO UNSUBSCRIBE, PLEASE VISIT WWW.UNSUBSCRIBEMYNUMBER.COM



**Rapid Capital & Trust**
RELIABLE FINANCING. SIMPLIFIED.

# LINES OF CREDIT
## PRE-APPROVED $25,000 TO $500,000+
*No Collateral or Personal Credit Required*

- ✓ Get a Quote Within Minutes
- ✓ Approvals in Hours
- ✓ Funds Deposited Same Day

WE BEAT ANY OFFER <u>GUARANTEED</u>

- 3 to 60 Month Payback Period Options
- Interest Rates Starting at 5.99%
- Monthly Payments
- Approval Range of $25,000 - $500,000 +
- No Restrictions on Use of Funds

For a <u>Free</u> Quote, please fill out the form below and FAX back to: **(888) 502-0728**

**Company Name**

**Contact Name**

**Industry**

**Years in Business**

**Amount Requested**
$

**Monthly Bank Deposits**
$

**Company Phone**

**Mobile Phone**

**E-mail Address**

**Best Time to Call**

## OUR RECENTLY FUNDED MEDICAL LOANS

**Dental Office**
Bryan, TX
$300,000 at 5%
over 60 Months
Use: Cash Flow

**Pharmacist**
San Diego, CA
$165,000 at 6%
over 45 Months
Use: Payroll

**Home Health**
Nampa, ID
$110,000 at 8%
over 32 Months
Use: Refinance

**Optometrist**
Kissimmee, FL
$65,000 at 9%
over 12 Months
Use: Equipment

THIS LETTER IS TO FOLLOW UP WITH MEDICAL PROFESSIONALS WHO ARE IN OUR NETWORK PROGRAM.
TO UNSUBSCRIBE, PLEASE VISIT WWW.UNSUBSCRIBEMYNUMBER.COM

# Rapid Capital & *Trust*

## LINES OF CREDIT
### PRE-APPROVED $25,000 to $500,000+
No Personal Credit or Collateral Required

| | |
|---|---|
| **Line of Credit Size** | $25,000 - $500,000 + |
| **Payback Period** | 3 to 60 Months Options |
| **Interest Rate** | Starting At 5.99% |
| **Repayment** | Monthly Payment |
| **Funding Timeline** | Same Day Approval & Same Day Funding |
| **Features** | We Will Beat ANY Offer Guaranteed, No Restrictions on Use of Funds. |

For a **Free Quote**, please fill out the form below and **FAX** back to: **(888) 502-0728**

Company Name: _____ Contact Name: _____

Company Phone: _____ Best Time to Call: _____

Cell Phone: _____ Business Type: _____

Email Address: _____ Years In Business: _____

Amount Requested: $_____ Monthly Revenue: $_____

### RECENTLY FUNDED MEDICAL LOANS

| Amount | Industry | Location | Use | Payback | Rate |
|---|---|---|---|---|---|
| $250,000 | Dentist | TX | Working Capital | 60 Months | 5% |
| $150,000 | Pharmacist | CA | Cash Flow | 48 Months | 6% |
| $100,000 | Surgeon | OR | Working Capital | 36 Months | 7% |
| $75,000 | Optometrist | MI | Staff | 24 Months | 8% |
| $50,000 | Podiatrist | IA | Payroll | 12 Months | 9% |

*This letter is to follow up with medical professionals who are in our network program.*
*To unsubscribe, please visit PleaseUnsubscribeMyFax.com*

# YOU ARE PRE-APPROVED FOR A LINE OF CREDIT
## $25,000 TO $500,000+

## No Personal Credit or Collateral Required

Line of Credit Size ·············· $25,000 - $500,000 +
Payback Period ··············· 3 to 60 Months Options
Interest Rate ·················· Starting At 5.99%
Repayment ··················· Monthly Payment
Funding Timeline ············· Same Day Approval & Same Day Funding



### Recently Funded Medical Loans

| Amount | Industry | Location | Use | Payback | Rate |
|---|---|---|---|---|---|
| $250,000 | Dentist | TX | Working Capital | 60 Months | 5% |
| $150,000 | Pharmacist | CA | Cash Flow | 48 Months | 6% |
| $100,000 | Surgeon | OR | Working Capital | 36 Months | 7% |
| $75,000 | Optometrist | MI | Staff | 24 Months | 8% |
| $50,000 | Podiatrist | IA | Payroll | 12 Months | 9% |

For a **Free Quote**, please fill out the form below and **FAX** back to: **(877) 359-1801**

Practice Name: _____  Contact Name: _____

Practice Phone: _____  Best Time to Call: _____

Cell Phone: _____  Practice Type: _____

Email Address: _____  Years In Business: _____

Amount Requested: $_____  Monthly Revenue: $_____

## FILL OUT THE FORM AND FAX BACK TO:
## (877) 359-1801

## SCAN TO LEARN MORE



This letter is to follow up with medical professionals who are in our network program.
To unsubscribe, please visit PleaseUnsubscribeMe.com

# Rapid Capital & Trust

## LINES OF CREDIT
### PRE-APPROVED $25,000 to $500,000+
No Personal Credit or Collateral Required

| | |
|---|---|
| **Line of Credit Size** | $25,000 - $500,000 + |
| **Payback Period** | 3 to 60 Months Options |
| **Interest Rate** | Starting At 5.99% |
| **Repayment** | Monthly Payment |
| **Funding Timeline** | Same Day Approval & Same Day Funding |
| **Features** | We Will Beat ANY Offer Guaranteed, No Restrictions on Use of Funds. |

For a **Free Quote**, please fill out the form below and **FAX** back to: **(888) 502-0728**

Company Name: _____ Contact Name: _____

Company Phone: _____ Best Time to Call: _____

Cell Phone: _____ Business Type: _____

Email Address: _____ Years In Business: _____

Amount Requested: $_____ Monthly Revenue: $_____

### RECENTLY FUNDED MEDICAL LOANS

| Amount | Industry | Location | Use | Payback | Rate |
|---|---|---|---|---|---|
| $250,000 | Dentist | TX | Working Capital | 60 Months | 5% |
| $150,000 | Pharmacist | CA | Cash Flow | 48 Months | 6% |
| $100,000 | Surgeon | OR | Working Capital | 36 Months | 7% |
| $75,000 | Optometrist | MI | Staff | 24 Months | 8% |
| $50,000 | Podiatrist | IA | Payroll | 12 Months | 9% |

*This letter is to follow up with medical professionals who are in our network program. To unsubscribe, please visit PleaseUnsubscribeMyFax.com*

# Rapid Capital & *Trust*

## LINES OF CREDIT
### PRE-APPROVED $25,000 to $500,000+
#### No Personal Credit or Collateral Required

| | |
|---|---|
| **Line of Credit Size** | $25,000 - $500,000 + |
| **Payback Period** | 3 to 60 Months Options |
| **Interest Rate** | Starting At 5.99% |
| **Repayment** | Monthly Payment |
| **Funding Timeline** | Same Day Approval & Same Day Funding |
| **Features** | We Will Beat ANY Offer Guaranteed, No Restrictions on Use of Funds. |

For a **Free Quote**, please fill out the form below and **FAX** back to: **(888) 502-0728**

Company Name: _____ Contact Name: _____

Company Phone: _____ Best Time to Call: _____

Cell Phone: _____ Business Type: _____

Email Address: _____ Years In Business: _____

Amount Requested: $_____ Monthly Revenue: $_____

### RECENTLY FUNDED MEDICAL LOANS

| Amount | Industry | Location | Use | Payback | Rate |
|---|---|---|---|---|---|
| $250,000 | Dentist | TX | Working Capital | 60 Months | 5% |
| $150,000 | Pharmacist | CA | Cash Flow | 48 Months | 6% |
| $100,000 | Surgeon | OR | Working Capital | 36 Months | 7% |
| $75,000 | Optometrist | MI | Staff | 24 Months | 8% |
| $50,000 | Podiatrist | IA | Payroll | 12 Months | 9% |