UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NEUROPATHY SPECIALTIES USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN BANCARD, LLC, d/b/a RAPID CAPITAL FUNDING MERCHANT SERVICES,<br><br>Defendant. | Case No. 23-cv-12274<br>Honorable Laurie J. Michelson |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Voluntary Dismissal (ECF No. 5), the Court considers this case to be dismissed and will close the case without further order. Therefore, this case is hereby DISMISSED WITHOUT PREJUDICE. *Aamot v. Kassel*, 1 F.3d 441, 445 (6th Cir. 1993) ("[A] Rule 41(a)(1) notice of dismissal is self-effectuating, leaving no basis upon which a District Court can prevent such a dismissal.").

SO ORDERED.

Dated: January 19, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE